IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: Gary and Charlotte Cobb, | Case No. 10-06368-TOM |
| Debtor(s). | Chapter 13 |

OBJECTION TO CLAIM

Come now the debtors, Charlotte and Gary Cobb, by and through their attorney of record, Mr. William A. Ellis, and objects to Claim no. five (5) and for grounds shows as follows:

1. Proof of claim no. five (5) filed by HSBC Bank of Nevada claims a debt due in the amount of $9,348.55 for a 2006 Suzuki Motorcycle. Of this amount they claim that $5,741.00 is secured and $3,607.55 is unsecured.
2. The debtors aver that the 2006 Suzuki motorcycle was returned to the original creditor and that this debt should only be an unsecured debt.

Wherefore, the Premises considered, the debtors pray that this Honorable Court would disallow the secured portion of this claim.

/s/ William A. Ellis, III
William A. Ellis, III
223 2nd Ave E
Oneonta, AL 35121
205-274-7799
Fax: 205-274-8393

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following persons or parties either electronically or via U.S. Mail, first-class postage pre-paid, this date: June 1, 2011.

D. Sims Crawford
Chapter 13 Trustee
P. O. Box 10848
Birmingham, AL 35202

HSBC Bank of Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tuscon, AZ 85712

/s/William A. Ellis, III
William A. Ellis, III